```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

RICHARD BICE and
GWEN BICE                                                PLAINTIFFS

    v.                Case No: 09-6051

UNITED AMERICAN INSURANCE COMPANY                         DEFENDANT

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Doc. 10) is **GRANTED**. Each party is to bear its own fees and costs associated with this case. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 6th day of July, 2010.

                                        */s/ Robert T. Dawson*
                                        Honorable Robert T. Dawson
                                        United States District Judge